# NO. 12-19-00417-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: HYUNDAI MOTOR COMPANY* | § | |
| *AND HYUNDAI MOTOR AMERICA,* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Hyundai Motor Company and Hyundai Motor America filed a petition for writ of mandamus challenging Respondent's order defining the scope of discovery, which stemmed from a motion to compel filed by Real Party in Interest Randale Case, as representative of the Estate of Vonda Wynette Case, Deceased, for and on behalf of all those entitled to recover for her death under the Texas Wrongful Death and Survival Acts, and as next friend of XXXXXXX XXXX, minor and Lillie Jean Craig, individually.[1] On March 25, 2020, this Court conditionally granted the petition and directed Respondent to vacate his order of August 9, 2019, in which it set forth the scope of discovery. By an order signed on March 27, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered April 2, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable J. Clay Gossett, Judge of the 4th District Court in Rusk County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 2, 2020**

**NO. 12-19-00417-CV**

**HYUNDAI MOTOR COMPANY
AND HYUNDAI MOTOR AMERICA,**
Relators
V.

**HON. J. CLAY GOSSETT,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Hyundai Motor Company and Hyundai Motor America; who are the relators in appellate cause number 12-19-00417-CV and the defendants in trial court cause number 2017-172, pending on the docket of the 4th Judicial District Court of Rusk County, Texas. Said petition for writ of mandamus having been filed herein on December 20, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*